IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,** | Case No.: 1:17-cv-05636 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| **MODERNIZING MEDICINE, INC.,** | |
| Defendant. | |

## STIPULATION TO EXTEND TIME
## FOR DEFENDANT TO RESPOND TO COMPLAINT

IT IS HEREBY STSIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended to and including September 13, 2017. The reason for this request is to provide Defendant with sufficient time to investigate and adequately respond to the allegations in the Complaint.

Dated: August 23, 2017

Respectfully submitted,

| | |
|---|---|
| /s/*Timothy J. Haller* | /s/*David B. Conrad* |
| Timothy J. Haller | David B. Conrad |
| HALLER LAW | Neil J. McNabnay |
| The Monadnock Building | Theresa M. Dawson |
| 53 West Jackson Boulevard, Suite 1623 | FISH & RICHARDSON P.C. |
| Chicago, IL 60604 | 1717 Main Street, Suite 5000 |
| Phone: (630) 336-4283 | Dallas, TX 75201 |
| haller@haller-iplaw.com | Phone: 214-747-5070 |
| | conrad@fr.com |
| Gabriel I. Opatken | mcnabnay@fr.com |
| NOBLE IP LLC | tdawson@fr.com |
| 418 North Noble Street, Suite 4 | |
| Chicago, IL 60642 | |

- 2 -

Phone: (773) 648-5433
gabriel@nobleipllc.com

***Attorneys for Internet Media Interactive Corporation***

***Attorneys for Defendant Modernizing Medicine, Inc.***